NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PFIZER INC. AND PFIZER LIMITED,**
*Plaintiffs-Appellees,*

v.

**TEVA PHARMACEUTICALS USA, INC.**
*Defendant-Appellant.*

---

2012-1068

---

Appeal from the United States District Court for the Eastern District of Virginia in case no. 10-CV-0128, Judge Rebecca Beach Smith.

---

## ON MOTION

---

## ORDER

Teva Pharmaceuticals USA, Inc. moves for a 7-day extension of time, until March 19, 2012, to file its reply brief. Pfizer Inc. and Pfizer Limited oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

<u>MAR 0 2 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Aaron Stiefel, Esq.
Kevin J. Culligan, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 0 2 2012

**JAN HORBALY**
**CLERK**